UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    -against-<br><br>VANCE FINANCE AND HOLDING CORP., *et al.*,<br><br>         Defendants. | **ORDER**<br><br>24-cv-6846 (ER) |

Ramos, D.J.:

  Pursuant to Amended Standing Order 25-mc-00433-LTS, the instant action is stayed. The status conference presently schedule for October 7, 2025, is canceled.

  It is SO ORDERED.

Dated: October 6, 2025
    New York, New York

                                   Edgardo Ramos, U.S.D.J.