UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————x

UNITED STATES OF AMERICA,      :

                  :

           Plaintiff,     :

                  :             **ORDER**

     - *against* -      :

                  :        24 Civ. 6846 (ER)

VANCE FINANCE AND HOLDING   :
CORP., *et al.*,            :

                  :

          Defendants.   :

——————————————————————x

Ramos, D.J.:

On October 6, 2025, this case was stayed due to the government shutdown pursuant to Amended Standing Order 25-mc-00433-LTS.  Doc. 54.  The shutdown having ended, the Clerk of the Court is respectfully directed to lift the stay.

A status conference will be held on **January 13, 2026, at 11 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

It is SO ORDERED.

Dated:  December 22, 2025
       New York, New York

_____
Edgardo Ramos, U.S.D.J.