UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

 UNITED STATES OF AMERICA

                                                    **CIVIL CASE DISCOVERY PLAN**
                          Plaintiff(s),             **AND SCHEDULING ORDER**

          - against -

 VANCE FINANCE & HOLDING CORP., ET
                          Defendant(s).        __24__ CV __6846_____ (ER)


------------------------------------------------------------------x

        This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with
counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

   1.    All parties [consent] [do not consent] to conducting all further proceedings before
         a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).
         The parties are free to withhold consent without adverse substantive consequences.
         (If all parties consent, the remaining paragraphs of this form need not be
         completed.)

   2.    This case [is] [is not] to be tried to a jury.

   3.    Joinder of additional parties must be accomplished by
         February 21, 2025_____ .

   4.    Amended pleadings may be filed until April 11, 2025_____ .

   5.    Interrogatories shall be served no later than April 11, 2025_____ , and responses
         thereto shall be served within thirty (30) days thereafter.  The provisions of Local
         Civil Rule 33.3 [shall] [shall not] apply to this case.

   6.    First request for production of documents, if any, shall be served no later than
         April 11, 2025_____ .

   7.    Non-expert depositions shall be completed by __May 20, 2026_____ .

         a.    Unless counsel agree otherwise or the Court so orders, depositions shall not
               be held until all parties have responded to any first requests for production
               of documents.

         b.    Depositions shall proceed concurrently.

         c.    Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than July 2, 2026_____.

9. Requests to Admit, if any, shall be served no later than May 27, 2026_____.

10. Expert reports shall be served no later than July 2, 2026_____.

11. Rebuttal expert reports shall be served no later than July 30, 2026_____.

12. Expert depositions shall be completed by August 26, 2026_____.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** August 26, 2026_____.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. Jennifer E. Willis_____.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for September 9, 2026_____, at 11:00 a.m.___. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: New York, New York
       January 9, 2026_____

_____
Edgardo Ramos, U.S. District Judge