**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

UNITED STATES OF AMERICA,
Plaintiff,
-against-

VANCE FINANCE AND HOLDING CORP., *et al.*,
Defendant.

---------------------------------------------------------------

**ORDER REGARDING SETTLEMENT CONFERENCE**

**24-CV-06846 (ER)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

Counsel for Parties attended a pre-settlement conference on **October 15, 2026**. Dkt. No. 71. This Order memorializes the Court's directives ahead of the settlement conference on **October 20, 2026**.

1. Given the legal issues that bear on the financial evaluation of the case, Parties ***may*** submit relevant authorities and analysis to the Court before the conference.
    a. Submissions should be made by **October 19, 2026 at 11 AM** by email.
    b. The submissions may be *ex parte* if the Parties wish.
    c. If Parties wish to discuss additional cases or other authorities that are ***not*** submitted by this deadline, they shall bring printed copies for the Court.
2. Parties do not need to prepare opening statements. The Court will give remarks at the beginning of the conference before starting discussions with Parties.
3. Parties and Counsel should refer to the Order at Dkt. No. 79 and SDNY's website for guidance on electronic devices and Wi-Fi access to facilitate remote attendance.

SO ORDERED.

DATED: New York, New York
October 15, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge